EMMA DECKER and SYLVESTER P. DECKER, as Administrators, etc., of PETER DECKER, Deceased, Appellants, v. NEW YORK REALTY OWNERS, a Corporation, Respondent.

Appeal from a judgment dismissing the complaint at Trial Term.

Judgment affirmed, with costs, on the authority of Cass v. Realty Securities Co. (148 App. Div. 96; affd., 206 N. Y. 649). (Concurring memorandum by Hotchkiss, J.) Present—Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

HOTCHKISS, J. (concurring): If the decision about to be made is good law, then thousands of holders of various forms of income bonds, and of bonds providing for fixed rates of interest with participation in profits or in assets on dissolution, or in both, will be in jeopardy of having what they bought for obligations being turned into mere certificates of interest, but as I cannot distinguish this case from Cass v. Realty Securities Co. (148 App. Div. 96) I concur in the result.

---

James G. Eckert v. Richard C. Page, Jr., and Others.—Motion granted as stated in opinion per curiam. Order to be settled on notice. Present —Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Abraham Harris, Respondent, v. Adolph Werthman, Appellant.— Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Frederic W. Shepard, Appellant, v. The City of New York, Respondent. —Judgment and order affirmed, with costs. No opinion. Present— Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Eugene Glaenzer, Appellant, v. Elsie De Wolfe, Respondent.—Judgment and order affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Hudson and Manhattan Railroad Company, Respondent, v. Edwin H. Snyder, Appellant, impleaded with Others.—Judgment affirmed, with costs. No opinion. Present—Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.

Elmer E. Alexander and Others, Respondents, v. Old Bridge Enameled Brick and Tile Company, Appellant.—Judgments affirmed, with costs.